IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALFREDO VEGA,

    Plaintiff,

v.

COLUMBIA CORRECTIONAL
INSTITUTION, MICHAEL DITTMAN,
LUCAS WEBER, DONALD MORGAN,
JASON MILLER, GWEN SCHULTZ,
SARAH FRY, MR. BLANKENSHIP,
CAPTAIN BUETTNER, and
JON E. LITSCHER,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-573-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/14/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |